UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. JOHNSON, | No. 2:19-cv-1128 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| JARED LOZANO, et al., | |
| Defendant. | |

On November 9, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order issued October 20, 2020, which denied plaintiff's motion for the appointment of counsel. See ECF No. 16. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Therefore, Plaintiff's Request for Reconsideration (ECF No. 16) is DENIED.

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE