UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JARED LOZANO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01128 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On February 24, 2021, plaintiff filed a notice of voluntary dismissal of this action.  (ECF No. 24.)

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action without a court order if they file notice of the dismissal prior to an opposing party serving an answer or motion for summary judgement.  Unless the notice provided by the plaintiff states otherwise or plaintiff has previously dismissed a state or federal action based on this claim, such a dismissal would be without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

In the present case, none of the defendants have filed an answer or motion for summary judgement.  Thus, plaintiff may voluntarily dismiss this action without a court order.  Though plaintiff mentions Rule 41(a)(2) as the basis for the requested dismissal of this case (ECF No. 24

////

at 1), Rule 41(a)(1) would apply as defendants have not filed an answer or motion for summary judgment. As such, plaintiff has provided notice for dismissal under Rule 41(a)(1).

Accordingly, this case has been dismissed by the plaintiff and the Clerk of The Court shall close this case.

Dated: March 23, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB14
DLB1/prisoner/civil rights/john1128.mtd