UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. JOHNSON, | No.  2:19-cv-1128 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| JARED LOZANO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner who was proceeding pro se with a civil rights action, has requested appointment of counsel.  (ECF No. 31.)  On February 24, 2021, this case was dismissed on plaintiff's request pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 24.)  The court confirmed that this case was dismissed by plaintiff and the case was closed on March 24, 2021.  (ECF No. 28.)  Plaintiff's present filing (ECF No. 31) does not appear to be the one contemplated by the Federal Rules of Appellate Procedure.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (ECF No. 31) be disregarded as this action is closed.

DATED: October 7, 2022

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/john1128.58

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE